UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JIE YI CHEN, et al.,

                      **Plaintiffs,**                    14-CV-10237 (SN)

       -against-                                         <u>**ORDER**</u>

EMPIRE EAST 34, INC., et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court on March 24, 2016, for a settlement conference, at which they agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on May 20, 2016. (ECF No. 70.) Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                             United States Magistrate Judge

DATED:   New York, New York
                June 6, 2016